NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1113

RUTHERFORD CONTROLS INT'L CORP., a Canadian Corporation
and RUTHERFORD CONTROLS INT'L CORP, a Virginia Corporation,

Plaintiffs-Appellants,

v.

VANGUARD SECURITY ENGINEERING CORP., LTD.,

Defendant,

and

SECURITY DOOR CONTROLS, INC.,

Defendant-Appellee.

- - - - - - - - - - - - - - - - - - - - - -

2010-1114

RUTHERFORD CONTROLS INT'L CORP., a Canadian Corporation
and RUTHERFORD CONTROLS INT'L CORP, a Virginia Corporation,

Plaintiffs-Appellees,

v.

VANGUARD SECURITY ENGINEERING CORP., LTD.,

Defendant,

and

SECURITY DOOR CONTROLS, INC.,

Defendant-Appellant.

Appeals from the United States District Court for the Eastern District of Virginia in case no. 08-CV-0369, Judge Henry E. Hudson.

ON MOTION

O R D E R

Security Door Controls, Inc. moves without opposition to voluntarily dismiss its appeal, 2010-1114.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The motion is granted.  Appeal 2010-1114 is dismissed.

(2)     Each side shall bear its own costs related to 2010-1114.

(3)     The revised official caption in 2010-1113 is reflected above.

FOR THE COURT

APR 0 1 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:     William C. Bergmann, Esq.
        Jaye G. Heybl, Esq.
        Dennis Huang, Esq.

s20

ISSUED AS A MANDATE (as to 2010-1114 only):     APR 0 1 2010

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 1 2010

JAN HORBALY
CLERK

2010-1113, 2010-1114                    - 2 -